No. 96–5600. CHRISTY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5606. SMITH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–5607. BAKER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–5608. BELL v. ADMINISTRATOR OF ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5610. MCALLISTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5612. WATERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5613. POE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5620. MCMILLIAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5621. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5623. BROOKS v. PRICE. C. A. 3d Cir. Certiorari denied.

No. 96–5626. HAYWOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5631. BOOTS v. UNITED STATES;
No. 96–5635. COOK v. UNITED STATES; and
No. 96–5645. LAZORE v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 80 F. 3d 580.

No. 96–5632. WALKER v. WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5633. WHEELER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5637. RAMOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.